UNITED STATES of America,
Plaintiff—Appellee,

v.

Daniel Demetrious JAMES, Jr., a/k/a
Dee, Defendant—Appellant.

No. 07–6824.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 13, 2007.

Decided: Sept. 19, 2007.

Daniel Demetrious James, Jr., Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Demetrious James, Jr., appeals the district court's order denying his motion for a hearing based on the Government's alleged breach of the plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. James*, No. 5:04–cr–00262–FL (E.D.N.C. May 7, 2007). We deny as unnecessary James' motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*